1050

[No. 56047-6-I. Division One. May 1, 2006.]

JOSEPH D. WOODMANSEE ET AL., *Respondents,* v. ROBERT S. PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 04-2-02102-5, Susan K. Cook, J., entered March 10, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Baker, J.

[No. 56161-8-I. Division One. May 1, 2006.]

LEEANN HUGGINS, *Appellant, v.* THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-22211-7, Carol A. Schapira, J., entered April 12, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[No. 56213-4-I. Division One. May 1, 2006.]

MOTORSPORTS, LTD., *Appellant,* v. MID-CENTURY INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-13024-7, Nicole MacInnes, J., entered April 19, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Ellington, JJ.

[No. 56237-1-I. Division One. May 1, 2006.]

*In the Matter of the Marriage of* ROBERTA ECKLES LEED, *Respondent,* and ERIC HUBBARD LEED, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 90-3-05053-4, Vickie I. Churchill, J., entered May 9, 2005. *Reversed* by unpublished per curiam opinion.